1  Sumeer Kakar, Esq. (*Pro Hac Vice* pending)
   sk@kakarlaw.net
2  KAKAR, P.C.
   525 Seventh Avenue, Suite 1810
3  New York, NY  10018
   Telephone:  (212) 704-2014
4  Facsimile:   (646) 513-3353

5  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
6  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2049 Century Park East, Suite 3400
7  Los Angeles, CA  90067-3208
   Telephone:  (310) 552-0130
8  Facsimile:   (310) 229-5800

9  Attorneys for Defendants
   METRO 22, INC. and ZULILY, INC.
10

KAKAR, P.C.
NEW YORK, NEW YORK

11                **UNITED STATES DISTRICT COURT**

12                **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, a California Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>METRO 22,INC., a New York Corporation; ZULILY, INC., a Delaware Corporation; and DOES 1-10,<br><br>             Defendants. | Case No. CV 2:14-cv-06969 (MRW)<br><br>[Assigned to the Michael R. Wilner]<br><br>**DEFENDANT ZULILY, INC.'S CERTIFICATION OF INTERESTED PARTIES**<br><br>(Fed. R. Civ. Proc. 7.1; L.R. 7.1-1) |

23  Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 7.1,
24  Defendant zulily, inc. ("zulily"), through its undersigned counsel, and to enable the
25  Court to evaluate possible disqualification or recusal, hereby certifies that the
26  following persons, associations of persons, firms, partnerships and corporations
27  (including parent corporations clearly identified as such) may have a pecuniary
28  interest in the outcome of the case:

Defendant zulily has no parent corporation and no publicly held corporation owns more than 10% of its issued and outstanding shares of Class A common stock and Class B common stock on a combined basis.

Dated: October 8, 2014　　　**KAKAR, P.C.**

By:　　/S/ Sumeer Kakar　　　　
　　　　Sumeer Kakar, Esq.
Attorneys for Defendants METRO 22, INC. and ZULILY, INC.