# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-6969 MRW | Date | August 20, 2015 |
|---|---|---|---|
| Title | United Fabrics Int'l v. Metro 22 | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plantiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 58.) The Court accepts and ENTERS the proposed order subject to the following:

1.   ¶ 6.3 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.

2.   ¶ 10 – If the Court denies an application for leave to file material under seal, the submitting party may file material in a publicly-available manner.