# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> METRO 22, INC., a New York Corporation; ZULILY, INC., a Delaware Corporation, individually and doing business as "www.zulily.com"; and DOES 1-10; <br><br> Defendants. | Case No.: CV14-06969-MRW <br> *Honorable Judge Michael R. Wilner* <br><br> **JUDGMENT** |

# JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Zulily, Inc., and in favor of Plaintiff, in the amount of one thousand five hundred dollars and no cents ($1,500.00), plus costs, including attorneys' fees, in an amount to be determined; and

2. Zulily, Inc. shall not sell product bearing the design identified in Plaintiff's operative complaint without prior written permission from Plaintiff.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: September 1, 2015    By:_____
                               UNITED STATES MAGISTRATE JUDGE
                               HONORABLE MICHAEL R. WILNER